| | |
|---|---|
| KAPLAN LEVENSON P.C. | **Hearing Date: October 8, 2024** |
| *Attorneys for Creditor Spring Bank* | **Objection Deadline: October 1, 2024** |
| 930 Sylvan Ave., Suite 100 | **Courtroom: 501-Via Zoom** |
| Englewood Cliffs, NJ 07632 | |
| 212.842.2020 | |
| Steven M. Kaplan, Esq. | |
| smk@kaplev.com | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                                           Chapter 11

CHANGAR REALTY CORP.,.            Case No. 1-24-11350 (JPM)

                         Debtor.
-----------------------------------------------------------X

**NOTICE OF MOTION BY SPRING BANK**
**FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §362**

**PLEASE TAKE NOTICE,** that upon the annexed application, Spring Bank by and through their attorneys, will move this court before the Honorable John P. Mastando III, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY 10004, Courtroom 501 on October 8, 2024, at 11:00 a.m. via Zoom, or as soon thereafter as counsel can be heard, for entry of an Order pursuant to 362 of Title 11 of the United States Code (the "Bankruptcy Code") for relief from the automatic stay to allow Spring Bank to continue to prosecute an action pending against Changar Realty Corp. ("Debtor") and other parties, in the Supreme Court of the State of New York, County of Bronx, captioned Spring Bank v. 2467 Realty Corp., et al., Index No. 812295/2023E and granting such further and different relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the instant application must be made in writing and received in the Bankruptcy's Court Clerk's office at the United

States Bankruptcy Court for the District of New York, located at One Bowling Green, New York, NY 10004, and to the undersigned, Kaplan Levenson P.C., 930 Sylvan Ave,, Suite 100, Englewood Cliffs, NJ 07632, no later than seven (7) days before the hearing date set forth herein.

Dated: New York, New York
      September 19, 2024

    KAPLAN LEVENSON, P.C
    *Attorneys for Spring Bank*

By: _____
    Steven M. Kaplan
    930 Sylvan Ave., Suite 100
    Englewood Cliffs, NJ 07632
    T: (212) 983.6900
    F: (212) 983.9210 Fax
    E: smk@kaplev.com