ABW

ANDERSON, BOWMAN
WALLSHEIN PLLC

*New York City*
80-02 Kew Gardens Rd.
Suite 600
Kew Gardens, NY 11415
(718) 263-6800

*Long Island*
35 Pinelawn Road
Suite 106E
Melville, NY 11747
(631) 824-6555

**Mark Anderson, Esq. • Dustin Bowman, Esq. • Charles Wallshein, Esq.**
Btzalel Hirschhorn, Esq. • Matthew J. Routh, Esq. • Nicholas Neocleous, Esq. • Kimberly Wroblewski, Esq.

---

Hon. John P. Mastando III
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004-1408

January 5, 2026

***In Re: Changar Realty*, (24-11350-jpm)**

Dear Judge Mastando,

Our office represents Diaz & Associates Realty Inc. ("Diaz"). On January 2, 2026, the Debtor filed a *second* motion seeking court approval of the sale of the property located at 1704-1714 University Ave., Bronx, NY ("Subject Property"), to David Refoua free and clear of all claims for $3,350,000. This is the second motion the Debtor has made to sell the same Property. The Debtor filed this Second Sale Motion on only four days' notice—on the Friday afternoon following New Year's Day no less —seeking a hearing the following Tuesday morning.

Given this severely compressed and truncated time frame, Diaz was deprived of any meaningful opportunity to prepare and file a full set of opposition papers. Briefly, Diaz wishes to draw the Court's attention to the fact that it previously offered $3,900,000 to purchase the Subject Property. That offer was disclosed in Diaz's opposition to the Debtor's first Sale Motion [Doc. No. 47], placed on the record at the August 5, 2025 hearing, and reiterated by email to both Debtor's prior counsel and current counsel.

Against that backdrop, the Debtor's decision to ignore this higher offer and represent to the Court that an offer nearly $600,000 less constitutes the "best" available offer is, at a minimum, highly questionable. Diaz therefore respectfully requests that the Court either deny the Second Sale Motion outright or adjourn the hearing to permit Diaz a fair opportunity to submit a full and proper opposition.

ANDERSON, BOWMAN
WALLSHEIN PLLC

*New York City*
80-02 Kew Gardens Rd.
Suite 600
Kew Gardens, NY 11415
(718) 263-6800

*Long Island*
35 Pinelawn Road
Suite 106E
Melville, NY 11747
(631) 824-6555

**Mark Anderson, Esq. • Dustin Bowman, Esq. • Charles Wallshein, Esq.**
Btzalel Hirschhorn, Esq. • Matthew J. Routh, Esq. • Nicholas Neocleous, Esq. • Kimberly Wroblewski, Esq.

Very Truly Yours,

**ANDERSON BOWMAN WALLSHEIN, PLLC**

*/s/ Btzalel Hirschhorn*

By: Btzalel Hirschhorn, Esq.
80-02 Kew Gardens Road
Suite 600
Kew Gardens, NY 11415
(718) 263-6800
Bhirschhorn@abwpllc.com