**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**Changar Realty Corp**<br><br>**Debtor.**<br>______________________________<br>Changar Realty Corp.<br><br>Plaintiff<br><br>-against-<br><br>DIAZ & ASSOCIATES REALTY, INC.,<br>KARSON DEVELOPMENT GROUP LLC.,<br>and IVAN DIAZ,,<br><br>Defendants. | **Case No.:24-11350 JPM**<br><br>**Chapter 11**<br><br><br><br>**EXPERT REPORT** |

I, Haskell Shabi, submit this Expert Report pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure.

I. Qualifications

I am a licensed New York real estate broker with more than thirty (30) years of experience in the New York City metropolitan area. Throughout my career, I have represented landlords, tenants, investors, developers, and business owners in commercial and retail real estate transactions. I have extensive experience in commercial brokerage, retail leasing and sales, investment properties, mixed-use buildings, landlord and tenant representation, market analysis, valuation, property marketing, lease negotiations, and complex transaction structuring

I have brokered a wide range of commercial and retail real estate transactions throughout New York City and have advised clients regarding pricing strategies, market positioning,

investment opportunities, and market trends. My curriculum vitae is attached and incorporated herein by reference.

## II. Materials Reviewed

In forming the opinions expressed herein, I reviewed documentation relating to the subject property and proposed transaction, including materials provided to me concerning the property, the proposed sale, and information relevant to the market conditions affecting the subject premises.

## III. Opinions

Based upon my education, training, professional experience, knowledge of the New York real estate market, and review of the documentation provided to me, I have formed the following opinions to a reasonable degree of professional certainty as a real estate broker:

1. The proposed sale price for the subject property is reasonable and commercially appropriate under the circumstances.
2. The proposed sale price falls within an acceptable range of market value based upon prevailing market conditions and my experience evaluating commercial real estate transactions in New York City.
3. Property valuation is not an exact science. Appraisals constitute professional opinions and may vary depending upon the assumptions utilized, the methodologies employed, and the market data considered by the individual performing the analysis.
4. In evaluating the reasonableness of a property's value, experienced real estate professionals consider numerous factors, including market conditions, comparable

transactions, location, investment potential, pricing strategies, negotiation history, and the realities of the marketplace.

5. Based upon my review of the available documentation and my experience evaluating different real estate markets over the course of more than three decades, I believe that the proposed sale price of the subject property is fair, reasonable, and reflective of market conditions

IV. Basis for Opinions

The opinions expressed herein are based upon:

• My thirty-plus years of experience as a New York real estate broker;

• My experience representing landlords, tenants, investors, developers, and business owners;

• My familiarity with commercial and retail real estate markets throughout New York City;

• My knowledge of market trends and valuation practices commonly relied upon by real estate professionals;

• My review of documentation relating to the subject property and proposed transaction; and

• My practical experience negotiating and closing complex real estate transactions involving diverse asset classes.

V. Reservation of Rights

I reserve the right to supplement or amend this report should additional information become available. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
June 15, 2026