ZEICHNER ELLMAN & KRAUSE LLP
730 THIRD AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 223-0400

BRYAN D. LEINBACH
(212) 826-5313
bleinbach@zeklaw.com

WWW.ZEKLAW.COM

September 2, 2026

**BY ECF**

Hon. John P. Mastando III
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

**In re: Changar Realty Corp., Case No. 24-11350 (JPM)**
**(Joint Stipulated Facts Stipulation)**

Dear Judge Mastando:

This firm represents U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 ("U.S. Bank") in the above-referenced Chapter 11 bankruptcy case. In addition to the Joint Pretrial Order that was submitted today, U.S. Bank respectfully submits the attached Joint Stipulation of Facts with this letter. I provided the stipulation to counsel for the Debtor on May 22, 2026 and he provided me with the countersigned stipulation on June 25, 2026. The facts in the attached stipulation are also included as paragraphs 2, 3, and 4 of the Joint Pretrial Order that was filed today.

Respectfully submitted,

/s/ Bryan D. Leinbach

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CHANGAR REALTY CORP,<br><br>Debtor. | Chapter 11 Case<br><br>Case No. 24-11350 (JPM) |

# JOINT STATEMENT OF STIPULATED FACTS

U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 ("U.S. Bank") and debtor Changar Realty Corp. (the "Debtor"), hereby respectfully submit the following joint statement of stipulated facts in connection with the evidentiary hearing associated with the Debtor's Motion for Approval of the Sale of Real Property located at1704-1714 University Avenue, Bronx, NY (Doc. No. 72):

1. On October 23, 2024, U.S. Bank filed proof of claim 9-1 in the amount of $3,126,247.01.

2. The Debtor is indebted to U.S. Bank pursuant to a loan that is secured by real property located 1704-1714 University Avenue, Bronx, New York (the "Property").

3. The amount to payoff the Debtor's indebtedness to U.S. Bank was $3,620,302.23 as of April 30, 2026.

Dated: New York, New York
May __, 2026

MANUEL D. GOMEZ & ASSOCIATES, P. C.

By: /s/ Manuel D. Gomez
Manuel D. Gomez
225 Broadway, Suite 1010
New York, NY 10007
(212) 571-2640

*Attorneys for Debtor*

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Bryan D. Leinbach
Bryan D. Leinbach
730 Third Avenue
New York, New York 10017
(212) 223-0400

*Attorneys for U.S. Bank Trust Company, National Association, As Trustee for Velocity Commercial Capital Loan Trust 2022-4*